DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 247P12 | Mary A. Craver; Jean A. Kitchen; James C. Granoff and wife, Kathryn Granoff; Patrick Cartwright and wife, Patricia Cartwright; and Kimberly W. Young, as Trustee Under Agreement Dated October 8, 2003 v. Karen M. Raymond, et al. | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-600) | Denied |
|---|---|---|---|
| 248A12 | State v. Alvin Michael Watkins | 1. Def's NOA Based Upon a Constitutional Question (COA11-1176)<br><br>2. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Allowed |
| 250P12 | State v. Cesar Armando Laurean | 1. Def's NOA Based Upon a Constitutional Question (COA11-569)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 251P12 | Rink & Robinson, PLLC v. Catawba Valley Enterprises, LLC; Data Storage Technology, Inc.; P. Aaron Blizzard; and Brian S. Dye | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA11-955)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 252P12 | Waste Industries USA, Inc., and Black Bear Disposal, LLC v. State of North Carolina and NC Dep't of Environmental (sic) and Natural Resources and NC State Conference of Branches of the NAACP and Rogers-Eubanks Neighborhood Association, Intervenors and NC Coastal Federation and the NC Chapter of the Sierra Club, Intervenors | 1. Plts' NOA Based Upon a Constitutional Question (COA11-246)<br><br>2. Plts' Petition in the Alternative for PDR Under N.C.G.S. § 7A-31<br><br>3. Plts' PDR as to Additional Issues<br><br>4. State's Motion to Dismiss Appeal<br><br>5. Intervenors' Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Denied<br><br>4. Allowed<br><br>5. Allowed |